AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEBRASKA

EDITH A. HARRIS,
*Plaintiff(s)*

v.

NOVARTIS PHARMACEUTICALS CORPORATION; NOVARTIS AG; NOVARTIS PHARMA AG; NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC.; NOVARTIS PHARMACEUTICALS UK LIMITED; ALCON RESEARCH, LLC f/k/a ALCON RESEARCH, LTD,
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: NOVARTIS INSTITUTES FOR BIOMEDICAL
RESEARCH, INC.
250 Massachusetts Avenue
Cambridge, MA 02139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon L. Bogle, Esquire
Levin, Papantonio
316 South Baylen Street
Suite 600
Pensacola, FL 32502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Novartis Institutes for Biomedical Research, Inc
was received by me on *(date)* 1/26/21 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Cooperation Service Company/James DiVincenzo, Manager, who is designated by law to accept service of process on behalf of *(name of organization)* Novartis Institutes for Biomedical Research, Inc on *(date)* 1/26/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45.00 for travel and $ _____ for services, for a total of $ 45.00 .

I declare under penalty of perjury that this information is true.

Date: 1/27/21

Server's signature

Merrill Smallwood, Process Server
Printed name and title

71 Commercial St 102 Boston, MA 02109
Server's address

Additional information regarding attempted service, etc:
Service address: 84 State Street 6th Floor, Boston, MA.