# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDITH A. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　Defendant. | Case No. 4:21-cv-03013 |

## DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION TO CERTIFY ORDER UNDER 28 U.S.C. § 1292(b) FOR INTERLOCUTORY APPEAL AND FOR STAY OF PROCEEDINGS

COMES NOW defendant Novartis Pharmaceuticals Corporation ("NPC") and pursuant to 28 U.S.C. § 1292(b) hereby moves the Court to certify its September 8, 2021 Memorandum and Order, Filing No. 53 ("Order") for an immediate appeal and for a stay of proceedings.  In support of this Motion, Defendant expressly incorporates the accompanying Memorandum and states that the Court's Order meets the criteria for certification under 28 U.S.C. § 1292(b) as it involves fundamental, threshold questions of law to which there is substantial ground for difference of opinion and that will drastically impact litigation of this matter.

WHEREFORE, defendant NPC prays that the Court certify its September 8 Order for interlocutory appeal and stay proceedings in this action until the Eighth Circuit resolves NPC's petition for appeal and any resulting interlocutory appeal.

Dated:  September 22, 2021　　　　　　　　Respectfully submitted,

NOVARTIS PHARMACEUTICALS CORPORATION, Defendant.

/s/ Michael K. Huffer
Michael K. Huffer – 18087
Ronald F Krause – 15980
Kathryn Cheatle – 24137
Cassem, Tierney, Adams, Gotch & Douglas
9290 West Dodge Road, Suite 302
Omaha, Nebraska 68114
Telephone: 402/390-0300
Facsimile: 402/390-9676
mhuffer@ctagd.com
rkrause@ctagd.com
kcheatle@ctagd.com

Matthew J. Malinowski (*pro hac vice*)
mmalinowski@hollingsworthllp.com
Robert E. Johnston, Esq.
rjohnston@hollingsworthllp.com
Carter F. Thurman
cthurman@hollingsworthllp.com
Shannon N. Proctor
sproctor@hollingsworthllp.com
HollingsworthLLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

1