IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDITH A. HARRIS,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>　　　　　Defendant. | **4:21CV3013** |
| JUDY COHEN,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>　　　　　Defendant. | **4:21CV3014** |
| CONSTANCE SUNDELL,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>　　　　　Defendant. | **8:21CV32** |
| GERTRUDE REEVES,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br>　　　　　Defendant. | **4:21CV3186** |

**ORDER SETTING TELEPHONE CONFERENCE**

　　　IT IS ORDERED that a telephone conference is set before the undersigned magistrate judge on December 20, 2021 at 10:00 a.m. to discuss case

progression. The parties shall use the conferencing instructions assigned to the above-referenced cases to participate in the conference.

Dated this 30th day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge